UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK F. DURBIN,<br><br>               Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL,<br><br>               Defendant. | CASE NO. C18-1446 RAJ<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

The Clerk is directed to send a copy of this Order to plaintiff.

DATED this 2nd day of October, 2018.

                                                          BRIAN A. TSUCHIDA
                                                        Chief United States Magistrate Judge